No. D–409. IN RE DISBARMENT OF MAIER. Disbarment entered. [For earlier order herein, see 465 U. S. 1096.]

No. D–410. IN RE DISBARMENT OF PACOR. Disbarment entered. [For earlier order herein, see 465 U. S. 1096.]

No. D–417. IN RE DISBARMENT OF FRIEDLAND. Disbarment entered. [For earlier order herein, see 466 U. S. 921.]

No. 83–240. LAWRENCE COUNTY ET AL. v. LEAD-DEADWOOD SCHOOL DISTRICT NO. 40–1. Sup. Ct. S. D. [Probable jurisdiction noted, 466 U. S. 903.] Motion of National Association of Counties et al. for leave to file a brief as amici curiae granted.

No. 83–728. HERB'S WELDING, INC., ET AL. v. GRAY ET AL. C. A. 5th Cir. [Certiorari granted, 465 U. S. 1098.] Motion of the Solicitor General for divided argument granted.

No. 83–1158. ESTATE OF THORNTON ET AL. v. CALDOR, INC. Sup. Ct. Conn. [Certiorari granted, 465 U. S. 1078.] Motion of Connecticut for divided argument granted. Motion of the Solicitor General for leave to participate in oral argument as amicus curiae, for divided argument, and for additional time for oral argument denied.

No. 83–1234. ASHLAND OIL, INC., ET AL. v. GOOD ET AL.;

No. 83–1248. MOBIL OIL CORP. ET AL. v. BATCHELDER ET AL.; and

No. 83–1278. CITIES SERVICE OIL CO. ET AL. v. MATZEN ET AL. Sup. Ct. Kan. Motions of the parties to defer consideration of the petitions for writs of certiorari granted. JUSTICE POWELL and JUSTICE O'CONNOR took no part in the consideration or decision of these motions.

No. 83–1427. WAINWRIGHT, SECRETARY, FLORIDA DEPARTMENT OF CORRECTIONS v. WITT. C. A. 11th Cir. [Certiorari granted, 466 U. S. 957.] Motion of Texas District and County Attorneys Association for leave to file a brief as amicus curiae granted.

No. 83–1452. MARRESE ET AL. v. AMERICAN ACADEMY OF ORTHOPAEDIC SURGEONS. C. A. 7th Cir. Certiorari granted limited to Questions 1, 2, and 3 presented by the petition. JUS-